

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| NOBLE CAPITAL VENTURE FUND, LLC; TXPLCA, LLC; AND NOBLE CAPITAL VENTURES, LLC, | § | No. 08-22-00208-CV |
|  | § | Appeal from the |
| Appellants, | § | 98th District Court |
| v. | § | of Travis County, Texas |
| REVELRY ON THE BOULEVARD, LLC; REVELRY KITCHEN AND BAR, LLC; 1901 S. LAMAR LLC d/b/a CORNER BAR; LOCHRIE INVESTMENTS, LLC; AND JONATHAN LOCHRIE, | § | (TC# D-1-GN-21-003474) |
| Appellees. | § |  |

## **O R D E R**

The Court GRANTS the Appellees' second motion for extension of time within which to file the brief until **March 7, 2023.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLEES' BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Matthew J. Foerster, the Appellees' attorney, prepare the Appellees' brief and forward the same to this Court on or before February 13, 2023.

IT IS SO ORDERED this 13th day of February, 2023.

PER CURIAM

Before Rodriguez, C.J., Palafox, and Soto, JJ.